# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1209

_____

Randy Whitehead,                              *
                                             *
            Appellant,                       *
                                             *
      v.                                     *   Appeal from the United States
                                             *   District Court for the
Lisa Vaughn, Individually and in her         *   Western District of Arkansas.
capacity as Human Resource Manager           *
with PepsiAmericas, Inc.; Brett              *   [UNPUBLISHED]
Dingler, Individually and in his             *
capacity as Regional Supervisor with         *
PepsiAmericas, Inc.; Delta Beverage          *
Group, Inc., doing business as               *
PepsiAmericas, Inc.,                         *
                                             *
            Appellees.                       *

_____

Submitted: April 11, 2008
    Filed: April 16, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Randy Whitehead appeals the district court's[1] dismissal with prejudice of his action raising claims related to the termination of his employment. Having carefully reviewed the record, we conclude that the dismissal with prejudice was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.